# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORNELE A. OVERSTREET, Regional Director of the Twenty-Eighth Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board, <br><br> Petitioner, <br><br> v. <br><br> DAVID SAXE PRODUCTIONS, LLC and V THEATER GROUP, LLC, <br><br> Respondents. | Case No.: 2:18-cv-02187-APG-NJK <br><br> **Order Setting Briefing Schedule** <br><br> [ECF No. 15] |

The respondents have filed a motion asking me to set a time limit for the acceptance of the respondents' reinstatement offers. ECF No. 15. The respondents raise reasonable concerns about leaving the offers open-ended. Therefore, it is important to address this motion quickly. Petitioner Overstreet shall file a response, if he wishes to, by March 18, 2019. If he has no opposition to the motion, he should say so as soon as possible. The respondents may file a reply in support of their motion within three days of the petitioner's response.

Dated this 11th day of March, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE